ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
THOMAS D. COKER (SBN 136820)
Assistant United States Attorney
   Room 7211 Federal Building
   300 North Los Angeles Street
   Los Angeles, CA 90012
   Telephone: (213) 894-2454
   Facsimile: (213) 894-0115
   Email: Thomas.Coker@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation, as assignee and subrogee of REMEDIAL CIVIL CONSTRUCTORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ELSINORE VALLEY MUNICIPAL WATER DISTRICT; and DOES 1 through 10, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM | Case No. CV 12-01097-CAS (OPx) <br><br> JUDGMENT ON COUNTERCLAIM FOR INTERPLEADER |

    The United States of America's Motion For Summary Judgment came before the Court, the Honorable Christine A. Snyder, United States District Judge, presiding. Based on the Court's order filed on November 19, 2012, and the Stipulation for Entry

1

of Final Judgment with Respect to Counterclaim for Interpleader filed herein, and good cause appearing therefor,

IT IS ORDERED AND ADJUDGED that:

1. Judgment on the interpleader is entered in favor of the United States in the amount of $85,217.34, plus accrued interest after October 31, 2012, pursuant to the United States' federal tax lien filed on May 22, 2009. The United States' federal tax liens filed on September 30, 2009, November 30, 2009, March 12, 2010, and July 27, 2010, are junior in priority to the claims of Hartford.

2. Judgment on the interpleader in favor of Hartford in the amount of $298,368.44.

IT IS SO ORDERED.

Dated: January 4, 2013

*Christina A. Snyder*
UNITED STATES DISTRICT JUDGE

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____/s/_____
THOMAS D. COKER
Assistant United States Attorney
Attorneys for the United States of America