ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
THOMAS D. COKER (SBN 136820)
Assistant United States Attorney
   Room 7211 Federal Building
   300 North Los Angeles Street
   Los Angeles, CA 90012
   Telephone: (213) 894-2454
   Facsimile: (213) 894-0115
   Email: Thomas.Coker@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation, as assignee and subrogee of REMEDIAL CIVIL CONSTRUCTORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ELSINORE VALLEY MUNICIPAL WATER DISTRICT; and DOES 1 through 10, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM | Case No. CV 12-01097-CAS (OPx) <br><br> FRCP 54(b) AMENDED FINAL JUDGMENT ON COUNTERCLAIM FOR INTERPLEADER |

This matter came before the Honorable Christine A. Snyder on counterclaim defendant United States of America's Motion For Summary Judgment. (Dkt No. 25). On November 19, 2012, the Court issued an Order granting in part and denying in part the motion, and deferring in part ruling on the summary judgment motion.

1

(Dkt No. 44). By its order, the Court found that the United States' May 22, 2009, tax lien on the Interpleader Fund is superior to counterclaim defendant Hartford's claims, but the United States' remaining liens are subordinate to Hartford's claims. The Court deferred ruling on the amount of the United States' claim arising out of the May 22, 2009 tax lien. (Dkt No. 44)

The Court, having issued an order ruling on the summary judgment motion (Dkt No. 44), and the counterclaim parties' having filed a Stipulation for Entry of FRCP 54(b) Amended Judgment with Respect to Counterclaim for Interpleader, HEREBY FINDS that there is no just reason for delay in entry of final judgment on the counterclaim action. Good case appearing therefor,

IT IS ORDERED AND ADJUDGED that:

1. Judgment on the interpleader is entered in favor of the Unites States in the amount of $85,217.34, plus accrued interest after October 31, 2012, pursuant to the United States' federal tax lien filed on May 22, 2009. The United States' federal tax liens filed on September 30, 2009, November 30, 2009, March 12, 2010, and July 27, 2010 are junior in priority to the claims of Hartford.

   2. Judgment on the interpleader in favor of Hartford in the amount of $298,368.44.

   IT IS SO ORDERED.

Dated:   February 15, 2013

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

/s/_____
THOMAS D. COKER
Assistant United States Attorney
Attorneys for the United States of America